THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jamie Wilson,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-193
Submitted January 29, 2003  Filed March 
 13, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, of 
 Columbia; Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM: Jamie Wilson pled guilty to 
 second degree burglary, grand larceny, and armed robbery.  He received concurrent 
 sentences of fifteen years for second degree burglary, ten years for grand larceny, 
 and thirteen years for armed robbery.  Wilson appeals, arguing the plea judge 
 should not have accepted his guilty pleas without adequately advising him of 
 the sentencing consequences.  Appellate counsel has filed a final brief and 
 a petition to be relieved.  Wilson did not file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.